*FILED IN THE U.S. DISTRICT COURT*
*EASTERN DISTRICT OF WASHINGTON*

DEC 1 5 2025

SEAN F. McAVOY, CLERK
SPOKANE, WASHINGTON

# United States District Court
## Eastern District of Washington

Willard Dynamite Bernard Palmer
_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

The Washington State Administrative Office
of the Courts "AOC"
Walla Walla County
State of Washington

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section I. Do not include addresses here.)*

Case No. 4:25-cv-05176-MKD
*(To be filled out by Clerk's Office only)*

# COMPLAINT

Jury Demand?
☒ Yes
☐ No

## NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

If this is an employment discrimination claim or social security claim, please use a different form.

**Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**

## I. PARTIES IN THIS COMPLAINT

**Plaintiff**

*List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.*

Plaintiff: Palmer, Willard D. B
Name (Last, First, MI)

228 SE Roosville LN
Street Address

College Place    WA    99324
County, City    State    Zip Code

509-704-0560
Telephone Number

**Defendant(s)**

*List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1: The Washington State Administrative Office of The Court
Name (Last, First)

1206 Quince Street SE
Street Address

Olympia    WA    98504
County, City    State    Zip Code

Defendant 2: Walla Walla County
Name (Last, First)

315 W Main
Street Address

Walla Walla    WA    99362
County, City    State    Zip Code

**Defendant(s) Continued**

Defendant 3: <u>Office of the Attorney General</u>  State of WA
Name (Last, First)

<u>1125 Washington Street SE</u>
Street Address

<u>Olympia          WA        98501</u>
County, City                State           Zip Code

Defendant 4: _____
Name (Last, First)

_____
Street Address

_____
County, City           State           Zip Code

## II.    BASIS FOR JURISDICTION

*Check the option that best describes the basis for jurisdiction in your case:*

☐ **U.S. Government Defendant:** United States or a federal official or agency is a defendant.

☐ **Diversity of Citizenship:** A matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000.

☒ **Federal Question:** Claim arises under the Constitution, laws, or treaties of the United States.

If you chose "Federal Question", state which of your federal constitutional or federal statutory rights have been violated.

This court has jurisdiction under 28 USC 1331 because Plaintiff claims arise under the Constitution and laws of the United States including Title II of the Americans with Disabilites Rehabilition Act First and Fourteenth amendment violations and Race Discrimination

## III. VENUE

*This court can hear cases arising out of the Eastern District of Washington.*

*Under 28 U.S.C § 1391, this is the right court to file your lawsuit if: (1) All defendants live in this state AND at least one of the defendants lives in this district; OR (2) A substantial part of the events you are suing about happened in this district; OR (3) A substantial part of the property that you are suing about is located in this district; OR (4) You are suing the U.S. government or a federal agency or official in their official capacities and you live in this district. Explain why this district court is the proper location to file your lawsuit.*

Venue is appropriate in this Court because:

Venue is Proper in the Eastern District of Washington under 28 U.S.C 1391 Because all events of This 40 million Dollar Lawsuit Happen in WALLA WALLA CO. ALL Denial of A.D.A Accommodations and constitutional violations occured in Walla Walla County

## IV. STATEMENT OF CLAIM

Place(s) of occurrence: WALLA WALLA County Superior Court WALLA WALLA WASHINGTON

Date(s) of occurrence: 2023-2025 ongoing ADA Violations OCT 14 OCT 28 NOV 14 NOV 28

*State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions.*

**FACTS:**

[What happened to you?]

I Am a Disabled indigent Black man with Documented Heart condition and Have Had sevreal Heart and Spine Surgery's with now Limited mobility extreme chronic pain cardiac Limitions and Reading and Writing Disabilites. For more Than Two years I appeared Repeatedly in Walla Walla County Superior Court. During every appearance The Court was Fully aware of my Disability status my indigency and my Need for medical and mobility accommodations

Dispite This The court consistently Denied, Ignored OR struck my Attempts to obtain Basic ADA Protections

In 2025 I informed Judge Patricia Fulton That I Had a mandatory spinal operation scheduled for October 30-2025 The Procedure Required Full Sedation. On Oct 7th 2025 I explained That I could not Physically Be Both in sergery and in Divorce TRIAL at the same Time. Judge Fulton TOLD me To "CANCEL" my operation openly disregarding The seriousness of my condition and the Danger to my Health. Shortly Thereafter on Oct 14 2025 I submitted a formal written ADA Request along with medical Documentation from my surgeon and Treating Plysicians. These Documents explained That I would Be under Heavy Pain management medication in severe pain, unable to sit or stand For long and medically incapable of making informed legal Decisions During Trial. The ADA Request Sought Basic Accommodations; Periodic Breaks Permission to sit and stand as needed extra Time to Read From my notes and Justify Resons why extra gards That are Armed always Placed nexted to only me in the court. Dispite Being legally Required to initiate The ADA "interactive Process" The court Did not Respond to my Request. My ADA Hearing was set for Oct 28/2025 But The court Repeatedly moved it without explantion conflict and Finally Judge Fulton struck it entirely as it was on The Docket several Times. BY Striking The ADA Hearing The court Prevented me From Receiving adiquite Accommodations even Though I had supplied complete medical Documentation. On Oct 30 and 31 2025 Judge Fulton Forced me To Proceed to TRIAL while I was in excruciating Pain Heavily medicated and under significant Physical and mental Distress. I told The court Repeatedly That I was in extreme pain Heavily medicated

> Was anyone else involved?

unable to concentrate unable to think clearly and fully participate my surgeon had explicitly warned that I should not be in court during this period because of medication, sedation-level pain management and physical incapacity. Despite this Judge Fulton pushed the trial forward without delay. Although she allowed brief breaks I was unable to process information and unable to make legal sound decision. I explicitly stated on the record that "I am here under extreme duress and legally should not be making any decisions in that state. Judge Fulton's conduct toward me was consistently hostile demeaning and unequal. At the beginning of my opening statement she said "I am having a bad day today and I am not in the mood for you today." When I pointed out it was unfair to take her anger out on me and if she is having a bad day we should reschedule the hearing. She dismissed my concerns throughout the case she praised and reassured my spouse who is not Black and not disabled even when her statements were inconsistent and unsupported. In contrast she belittled me interrupted and talked down to me treating me as if my voice had no value. Her tone word choice and behavior showed a pattern of racial discrimination. After Judge Fulton learned that I filed a federal complaint and a judicial conduct grievance her treatment of me changed immediately. My filing began to be denied and struck my motions would never be heard no one not even the Chief Justice himself can stop you from filing an appeal Judge Fulton would deny appeals without cause. She has violated my civil rights my constitutional rights and the state of WA has let her do it

[margin note: Who did what?]

## V.  INJURIES

*If you sustained injuries related to the events alleged above, describe them here.*

I suffered significant Physical emotional Financial and constitutional injuries, I was Forced to Participate in think while in extreme Pain under Heavy medication and medically unable to think clearly or make Informed Decisions causing Long term my Heart to stress. and my spine to have uncontrolable Pain Prolonging my Recovery. I have PTSD From Being Degraded singled Out i was at Humiliation in Fear Having Armed gangs stand Behind me Just Due to my Race and it Has not stopped This still is Hurting Now

## VI.  RELIEF

The relief I want the court to order is:

☒ Money damages in the amount of:  $ 40 Million Dollars
☐ Other (explain):

## VII. CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

12/10/25
Dated

_[signature]_
Plaintiff's Signature

Palmer Willard Dynamite Bernard
Printed Name (Last, First, MI)

228 SE Roosville LN    College Place    WA    99324
Address    City    State    Zip Code

509-704-0560
Telephone Number

*List the same information for any additional plaintiffs named. Attach additional sheets of paper as necessary.*