AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 06, 2026

SEAN F. McAVOY, CLERK

| | |
|---|---|
| WILLARD DYNAMITE BERNARD PALMER | ) |
| *Plaintiff* | ) |
| v. | ) |
| | ) |
| STATE OF WASHINGTON, WASHINGTON STATE ADMINISTRATIVE OFFICE OF THE COURTS, and WALLA WALLA COUNTY | ) |
| *Defendant* | |

Civil Action No.  4:25-CV-05176-MKD

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:   The State Defendants' Motion to Dismiss, ECF No. 18, is GRANTED. Walla Walla County's Motion to Dismiss, ECF No. 19, is GRANTED.
Plaintiff's claims are DISMISSED with prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   MARY K. DIMKE

Date:  5/6/2026

CLERK OF COURT

s/Sean F. McAvoy
*Signature of Clerk*